**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 16-Civ-20947-COOKE/TORRES**

ANGELO CANO,

Plaintiff,

vs.

LIFE INSURANCE COMPANY
OF NORTH AMERICA,

Defendant.
_________________________________/

**ORDER OF DISMISSAL**

THIS CASE has been **DISMISSED *with prejudice*** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Stip. Dismissal with Prejudice, ECF No. 23. Each party shall bear his or its own costs and attorney's fees.

The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED *as moot***.

**DONE and ORDERED** in Chambers, at Miami, Florida, this 22ND day of September 2016.

Marcia G. Cooke
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*